1

2   Teresa Stephens
    pocketofsun@rocketmail.com
3   1732 Whitley Avenue
    Hollywood, CA 90028
4   817-800-3341
    *pro se*
5

6

7

8           IN THE UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
                LOS ANGELES DIVISION
10                                          MC12-254    (SS)

11  Teresa Stephens                 CAUSE #
    Petitioner
12
                                    Emergency Verified
13  V.                              Petition To Perpetuate Testimonies,
                                    Production of Documents,
14                                  Inspection of Premises, Emergency
                                    Motion Service of Process &
15                                  Service of Petition, Emergency
                                    Motion California Counsel,
16                                  Emergency Motion Computer
                                    Forensics Expert, Emergency
17                                  Motion to ECF file, Application
                                    to Proceed Inforuma Pauperis
18

19

20

21                                  Judge:

22                                  Hearing:

23  United States,
    President Barack Obama, (In His Individual and Official Capacity),
24          Dana Perino (hereinafter "Perino"),
25          Robert Gibbs (hereinafter "Gibbs"),
            Jay Carney (hereinafter"Carney"),
26          William Daley (hereinafter"Daley"),
            Peter Mikami "Pete" Rouse (hereinafter"Rouse"),
27          Jacob Lew (hereinafter "Lew"), ,
28          Rahm Emanuel (hereinafter"Emanuel"),

1

Joshua Brewster Bolten (hereinafter"Bolten"),
Jay Carney (hereinafter"Carney"),
John Brennan ("Brennan"),
Unknown federal officials, employees and representatives of the POTUS,
in his/her individual and official capacities,
Congress
All members of 112th Congress (inclusive),
All members of 111th Congress (inclusive),
All members of 110th Congress (inclusive),
unknown federal officials, employees and representatives of Congress,
(in His/Her individual and official capacities),
Vice President Joe Biden, (In His Individual and Official Capacity),
Department of Defense ("DOD"),
Leon E. Panetta (hereinafter "Panetta"),
Ashton B. Carter ("Carter"),
General Martin E. Dempsey ("Dempsepy"),
Mr. Louis E. Caldera ("Caldera"),
George Little ("Little"),
Douglas B. Wilson ("Wilson"),
Geoff Morrell ("Morrell"),
General Michael Moseley, Air Force Chief of Staff,
unknown DOD federal officers, employees and representatives
(in his/her individual and official capacities)
Central Intelligence Agency ("CIA"),
David H. Petraeus (hereinafter "Petraeus"),
General Michael Hayden (hereinafter "Hayden"),
Michael Morell (hereinafter "Morell"),
unknown CIA federal officers, employees and representatives,
(in his/her individual and official capacities),
Federal Bureau of Investigations ("FBI")
Robert E. Casey Jr. (individual and official capacity),
Robert S. Mueller, III ("Mueller"),
unknown FBI federal officers, employees and representatives.
(in his/her individual and official capacities)
National Security Agency ("NSA) and Central Security Service("CSS"),
John "Chris" Inglis (hereinafter "Inglis"),
William B. Black, Jr. (hereinafter "Black"),
Keith B. Alexander (hereinafter "Alexander"),
Maj. Gen. Noel T. (Tom) Jones (hereinafter "Jones"),
unknown NSA & CSS federal officers, employees and representatives,

(in his/her individual and official capacities),
Department of Homeland Security ("DHS"),
    Janet Napolitan ("Napolitan"),
    unknown DHS federal officers, employees and representatives,
    (in his/her individual and official capacities)
National Aeronautics and Space Administration ("NASA"),
    Charles F. Bolden, Jr. ("Bolder"),
    unknown NASA federal officers, employees and representatives,
    (in his/her individual and official capacities)
Information Security Oversight Office ("ISOO")
    John Fitgerald ("Fitzgerald")
    unknown ISOO federal officers, employees and representatives,
    (in his/her individual and official capacities)
United States Department of Justice ("DOJ"),
    Eric H. Holder, Jr. ("Holder"),
    Michael Mukasey ("Mukasey"),
    Peter Keisler ("Keisler"),
    Alberto Gonzales ("Gonzales"),
    unknown DOJ federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Homeland Security ("DHS"),
    unknown NSA federal officers, employees and representatives,
    (in his/her individual and official capacities)
Office of Director of DNI ("DNI")
    Lt. General James R. Clapper  (hereinafter "Clapper"),
    Admiral, Dennis C. Blair, (hereinafter "Blair"),
    Melissa Hathaway ("Hathaway"),
    unknown DNI federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of State ("Dept. of State"),
Secretary of State ("SOS"),
    Hillary Clinton ("Clinton")
    Federal Trade Commission ("FTC"),
    unknown SOS & FTC federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Agricultural ("DOA"),
    Tom Vilsack ("Vilsack"),
    unknown DOA federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Commerce ("Commerce"),

John Bryson ("Bryson"),
    unknown Commerce federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Education Department of Energy ("Education"),
    Arne Duncan ("Duncan"),
    unknown Education federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Energy ("Energy")
    Dr. Steven Chu ("Chu"),
Department of Health And Human Services ("DHHS"),
    Kathleen Sebelius ("Sebelius"),
    unknown DHHS federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Housing & Urban Development ("HUD"),
    Shaun Donovan ("Donovan"),
    Steve Preston ("Preston"),
    unknown HUD federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Interior ("Interior"),
    Ken Salazar ("Salazar"),
    unknown Interior federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Labor ("Labor"),
    Hilda L. Solis ("Solis"),
    Elaine L. Chao (hereinafter "Chao"),
    unknown Labor federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Treasury ("Treasury"),
    Tim Geithner ("Geithner"),
    Henry Paulson ("Paulson")
    unknown Treasury federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Transportation ("DOT"),
    Ray LaHood ("LaHood"),
    Mary Peters ("Peters"),
    unknown DOT federal officers, employees and representatives,
    (in his/her individual and official capacities)
Department of Veteran Affairs ("DVA"),
    Eric K. Shinseki ("Shinseki"),
    unknown DVA federal officers, employees and representatives,

(in his/her individual and official capacities)
Board of Governors- Federal Reserve System
     Ben Bernanke ("Bernanke"),
     Janet L. Yellen ("Yellen"),
     Elizabeth A. Duke ("Duke"),
     Daniel K. Tarullo ("Tarullo"),
     Sarah Bloom Raskin ("Raskin")
     William C. Dudley ("Dudley"),
     Unknown Board of Governers, federal officers, employees and representatives
     of the Federal Reserve System,
     (in his/her individual and official capacities)
The National Reconnaissance Office ("NRO"),
     unknown NRO federal officers, employees and representatives,
     (in his/her individual and official capacities)
National Geospatial-Intelligence Agency ("NGIA"),
     unknown NGIA federal officers, employees and representatives,
     (in his/her individual and official capacities)
National Security Council ("NSC"),
     unknown NSC federal officers, employees and representatives,
     (in his/her individual and official capacities)
Supreme Court of the United States ("SCOTUS"),
     John G. Roberts, Jr., Antonin Scalia, Anthony M. Kennedy,
     Clarence Thomas, Ruth Bader Ginsburg, Stephen G. Breyer,
     Samuel Anthony Alito, Jr., Sonia Sotomayor, Elena Kagan
U.S. Federal Civil Court - North Texas
     Judge Terry Means
Broadcasting Board of Governors
Government Accountability Office ("GAO")
     unknown GAO federal officers, employees and representatives,
     (in his/her individual and official capacities)
Office of Management and Budget ("OMB")
     Director of the Office of Management and Budget
     unknown OMB federal officers, employees and representatives,
     (in his/her individual and official capacities)
unknown public/civil employees(In his/her individual and official capacities)

Sprint Nextel Corporation ("Sprint")
AT&T

Cable News Network ("CNN")

Associated Press ("AP"),
Associated Press Television News ("APTV"),
The McClatchy Company ("McClatchy"),
    Gary Pruitt ("Pruitt"), Robert J. Weil ("Weil"),
McClatchy-Tribune Information Services,
Tribune Company, Tribune Interactive, Tribune Publishing,
    Samuel Zell, Eddy Hartenstein, Tony Hunter,
Ft.Worth Star Telegram, KDAF-CW33, KSL-TV,
Los Angeles Times, KTLA,
Gannett Company, Inc.,
    Gracia C. Martore, David L. Hunke,
Huffington Post
    Adrianna Huffington, Neil Katz, Jeff Muskus, Katelyn Mullen,
Hearst Corporation,
    George R. Hearst, Jr., Frank A. Bennack, Jr., Mark E. Aldam,
New York Times Company,
    Scott Heekin-Canedy, Arthur O. Sulzberger, Jr., Jill Abramson,
    Janet L. Robinson, Howell Raines,
A. H. Belo Corporation, Belo Corporation
    Robert W. Decherd,  James M. Moroney III, Dunia A. Shive, Peter L. Diaz,
WFAA, ABC, Inc.,
The Walt Disney Company,
Walt Disney-ABC Television, American Broadcasting Company, Disney Media
Distribution, Disney Enterprises,
ABC News, ABC News Internet Ventures,  ABC News Productions, Inc.,
ABC News Digital Media Group, ABC News NOW, NewsOne.
ABC Television Network, American Broadcasting Company
National Amusements Inc.,
    Sumner Redstone,
CBS Corporation,
    Leslie Moonves,
CBS Broadcasting Inc., CBS Interactive Media Inc.,
CBS Television Network, KCBS, KTVT, CBS Television Service, Inc.
    Bruce C Taub,
Entertainment Tonight
    Linda Bell Blue, Mark Anthony Steines,
NBC5, NBC News Bureaus, Inc., NBC News Bureau, LLC
    Tom Ehlmann,
Station Venture Operations
KXAS, NBC Universal Television Distribution, Universal Media Studios,

NBC, Universal, Access Hollywood, E!Online, CNBC, NBC News, MSNBC,
MSNBC.com, E! Entertainment Television International Holdings, Inc.
News Corporation,  E Entertainment Television, LLC
        Rupert Murdoch
Fox Broadcasting Company, FOX Television Stations, Inc., Fox News Channel,
Fox News Production, Inc., Fox News Service, Inc.,
        Sharri Berg, Suzanne Scott, John Stack,
        Dianne Brandi, Michael Clemente,
KDFW,
Wenner Media LLC, Wenner Productions, LLC, Us Magazine, LLC
        Jann Wenner
Wall Street Journal,
New York Times
Washington Post
NY York Post
        Richard Johnson, Emily Smith, Col Allan,Cindy Adams, Liz Smith
National Public Radio
Time Warner, Inc., Time Inc., Warner Brothers Entertainment Inc.,
Turner Broadcasting Inc.,
        Philip I. Kent
Time Warner Cable, Inc.
        Glenn Britt, Dick Parson, Don Logan
Cable News Network Interactive, Inc.
        R.E. "Ted" Turner, James "Jim" Walton, Jeffrey L. Bewkes ,
        Scott Teissler,
TMZ Productions, Inc.,
        Harvey Levin
        unknown TMZ officers, employees and representatives,
        (in his/her individual and official capacities)
Harvey Levin Productions
Perez Hilton, Perez Hilton Management, Inc., Perez Hilton Entertainment LP,
        Mario Lavandeira,
Gawker Entertainment, LLC, Gawker Media, LLC
        Nick Denton, Gabriel Snyder, Hamilton Nolan
Splash News & Picture Agency LLC
Splash News - N.Y., LLC

Judge Terry Means

The O'Quinn Law Firm,
T. Gerald Treece ("Treece")

7

1   John M. O'Quinn Foundation

2   Don Clark ("Clark"), Neil McCabe, Wilma Vicedomine,

3   Carolyn O'Dell
    Individuals whose true names are unknown using the following pseudonyms

4

5   'Only swim in the Ocean' (true name unknown),

6   aka :) (true name unknown),

7   aka Texas Hold 'Em

8   John and Jane Doe DEFENDANTS 1-100, inclusive

9

10  **Respondents**

11

12  **EMERGENCY VERIFIED PETITION TO PERPETUATE TESTIMONIES,**

13  **PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED**

14  **INFORMATION AND TANGIBLE THINGS FROM RESPONDENTS AND**
    **ENTERING THE PREMISES OF NAMED RESPONDENTS**

15  **EMERGENCY MOTION FOR SERVICE OF PETITION TO RESPONDENTS**

16  **& SERVICE OF PROCESS TO RESPONDENTS**

17  **EMERGENCY APPLICATION TO PROCEED IN FORUM PAUPERIS**

18  **EMERGENCY MOTION FOR STEPHENS TO OBTAIN CALIFORNIA**

19  **COUNSEL**

20  **EMERGENCY MOTION FOR STEPHENS TO OBTAIN A COMPUTER**
    **FORENSICS EXPERT**

21  **MOTION FOR RESPONDENTS PRODUCE DISCOVERY IN ORIGINAL**

22  **AND READABLE FORMAT**

23  **EMERGENCY MOTION TO OBTAIN SERVICES OF DEPOSITION**

24  **SERVICES**

25  **EMERGENCY MOTION TO OBTAIN ADDITIONAL METHODS OF**
    **RECORDING AND PERSON TO ADMINISTER OATH**

26

27  **EMERGENCY MOTION TO PROVIDE TERESA STEPHENS WITH COPY**
    **OF DEPOSITION RECORDINGS**

28  **EMERGENCY MOTION TO SECURE COURT RECORDS**

**EMERGENCY MOTION FOR STEPHENS TO FILE ELECTRONICALLY THROUGH ECF**
**MISCELLANEOUS REQUEST**

**JURISDICTION/VENUE**

1.     Teresa Stephens (hereinafter "Stephens") is a resident of the State of Texas and resides at 5021 Maryanna Way, North Richland Hills, TX 76180.

2.     Stephens expects to be a party in future litigation against Respondents who willfully deprive and conspire to deprive the citizens of the United States rights protected by the Constitution, crimes against humanity, crimes against peace, failure to perform duties, neglecting to protect citizens, negligence, invasion of privacy, illegal search and surveillance of the citizens of the United States, interception of electronic and oral communications, video voyeurism, civil rights violations, fraud, obstruction of justice, harassment, stalking, torture, forced labor & solitude, intentionally conveying false and misleading information, fraud by wire, radio and television, terrorism and treason.

3.     TMZ Productions, Inc. (hereinafter "TMZ") is located at 4000 Warner Blvd., Bldg. 505, Burbank, CA 91522 in Los Angeles County.

4.     Stephens is unaware of Harvey Levin's, in his individual capacity, home address but believes and informed that he is a resident of California and resides in Los Angeles county.

5.     Harvey Levin Productions, Inc. (hereinafter "Levin Productions") is located at 1 Northstar #204, Marina Del Ray, CA 90292 in Los Angeles County according to the California Secretary of State website.

6.    Los Angeles Times ("LA Times") is located at 202 West 1st Street, Los Angeles, California, 90012 in Los Angeles County.

7.    KTLA-TV is located at 5800 Sunset Boulevard, Los Angeles, CA 90028  in Los Angeles County.

8.    Warner Brothers Entertainment Inc., located at 4000 Warner Blvd., Burbank, CA 91522 in Los Angeles County.

9.    Disney Enterprises, Inc. is located at 500 S. Buena Vista Street, Burbank, CA 91521 in Los Angeles County.

10.   The Walt Disney Company is located at 500 S. Buena Vista St, Burbank, CA 91521 in Los Angeles county.

11.   KCBS address is 6121 W Sunset Blvd, Los Angeles, CA, 90028 in Los Angeles county.

12.   CBS Television Network is located at 2401 Colorado Avenue, Suite 110, Santa Monica, CA 90404 in Los Angeles county.

13.   Entertainment Tonight is located at the CBS Studio Center, 4024 Radford Ave, Studio City, CA 91604 in Los Angeles county.

14.   Station Venture Operations, 100 Universal City Plaza, Universal City, CA 91608 in Los Angeles county.

15.   Fox News Production, Inc. is located at 10201 West Pico Blvd., Los Angeles, CA 90035 in Los Angeles county.

16.   Fox Broadcasting Company is located at 10201 West Pico Blvd., Los Angeles, CA 90035 in Los Angeles county.

17.   Fox News Service, Inc. is located at 10201 West Pico Blvd., Los Angeles, CA 90035 in Los Angeles county.

18.   E Networks – E Entertainment Television, LLC is located at 5750 Wilshire Boulevard, Los Angeles CA 90036 in Los Angeles county.

19.   Federal Rules of Civil Procedure (FRCP) 27(a)(1) states that Stephens "may file a verified petition in the district court for the district <u>where any expected adverse party resides.</u>" therefore jurisdiction is appropriate in this Court.

20.   Article III, section 2 of the United States Constitution vest jurisdiction in the federal government whereas this petition names the United States as a party.

21.   Federal law, of 28 U.S.C. § 1311 states "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." whereas Stephens' claims address federal question.

22.   Federal law, of 18 U.S.C. § 2333 relating to <u>Terrorism </u>states "(a) Action and Jurisdiction. - Any national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefor in any appropriate district court of the United States...

23.   Federal law, of 18 U.S.C. § 2334 relating to <u>Terrorism and Jurisdiction and Venue</u> states (a) General Venue. - Any civil action under section 2333 of this title against any person may be instituted in the district court of the United States for any district where any plaintiff resides or where any defendant resides or is served, or has an agent. Process in such a civil action may be served in any district where the defendant resides, is found, or has an agent.(b) Special Maritime or Territorial Jurisdiction. - If the actions giving rise to the claim occurred within the special maritime and territorial jurisdiction of the United States, as defined in section 7 of this title, then any civil action under section 2333 of this title against any person may be instituted in the district court of the United States for any district in which any plaintiff resides or the defendant resides, is served, or has an agent.

11

24. Federal law, of 18 U.S.C. § 2338 relating to <u>Terrorism and Exclusive Federal</u> <u>Jurisdiction</u> "The district courts of the United States shall have exclusive jurisdiction over an action brought under this chapter."

25. *United Nations Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment - Article 5* in which the United States is a State Party of United Nations states "Each State Party shall take such measures as may be necessary to establish its jurisdiction over the offences referred to in article 4 in the following cases: When the offences are committed in any territory under its jurisdiction or on board a ship or aircraft registered in that State;  When the alleged offender is a national of that State; Each State Party shall likewise take such measures as may be necessary to establish its jurisdiction over such offences in cases where the alleged offender is present in any territory under its jurisdiction.

26. Any civil rights actions pursuant to 28 § 1343(a) whereas "The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:" when person seeks "To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;..." pursuant 28 § 1343(a)(3) and  "... to secure equitable or other relief under any Act of Congress providing for the protection of civil rights..." pursuant 28 § 1343(a)(4).

27. Title 42 United States Code Section 1986(b)(1) states ".., the district courts, .., shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on and after January 1, 1945, for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private

person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred."

28.    Federal law, 18 U.S.C. § 2332(b) relating to <u>Acts of Terrorism Transcending National Boundaries</u> states "(a) Prohibited Acts. - (1) Offenses. - Whoever, involving conduct transcending national boundaries and in a circumstance described in subsection (b) - (A) kills, kidnaps, maims, commits an assault resulting in serious bodily injury, or assaults with a dangerous weapon any person within the United States; or (B) creates a substantial risk of serious bodily injury to any other person by destroying or damaging any structure, conveyance, or other real or personal property within the United States or by attempting or conspiring to destroy or damage any structure, conveyance, or other real or personal property within the United States;...(2) Co-conspirators and accessories after the fact.  Jurisdiction shall exist over all principals and co-conspirators of an offense under this section, and accessories after the fact to any offense under this section, if at least one of the circumstances described in subparagraphs (A) through (F) of paragraph (1) is applicable to at least one offender.

29.    Federal law, 18 U.S.C. § 1965 relating to <u>Racketeer Influenced And Corrupt Organizations</u> - Venue and process states (a) Any civil action or proceeding under this chapter against any person may be instituted in the district court of the United States for any district in which such person resides, is found, has an agent, or transacts his affairs.Sec. 1965.

30.    Venue is appropriate as multiple Respondents are residents of the State of California and located in Los Angeles, CA.

## EXPECTED ADVERSE PARTIES

31.    Stephens realleges and incorporates by reference to each and every allegation in paragraphs 1-30 above as though fully set forth herein.

32.    Stephens is providing the names of the adverse parties who participate in violations of the Constitutional and civil rights against the citizens of the United States.

33.    Stephens has provided information relating to each adverse party as known to Stephens at this time.

34.    Stephens is seeking the testimonies of specifically named adverse parties pursuant to FRCP 27(a) and FRCP 27(c).

35.    Stephens is seeking production from *specific* adverse parties pursuant to FRCP 27(a), FRCP 27(c) and FRCP 34.

36.    Stephens is seeking to enter the land of a few adverse parties pursuant to FRCP 27(a) and FRCP 27(c) and FRCP 34.

37.    Stephens is seeking the testimonies of parties to verify the authenticity of documents and communications, verify any changes to normal business practices to conceal evidence of the claims herein and verify any concealment of evidence. Testimonies location of evidence to be preserved, who where participates in the creation of news reports...

38.    United States, the federal government of the United States is fraudulent in their governance , acted as principals in and negligent in to the citizens of the United States, negligent in failing to prevent the rebellion against and promote the well-being of the citizens of the United States and work in conspiracy with other Respondents.

39.    President of the United States Barack Obama (hereinafter "POTUS Obama") (in His Individual and Official Capacity) lives at The White House, 1600 Pennsylvania Avenue NW, Washington, DC 20500.  POTUS was previously an Illinois Senator. Stephens believes POTUS facilitates and conspires with other Respondents and

responsible for civil rights violations, invasion of privacy, amongst other claims herein, against the citizens of the United States.  NSA is aware of and utilizes state-of-the-art technologies and techniques which have the capability to track and surveillance the citizens of the United States and physically harm Stephens.  Stephens evidences NSA's active participation in media-related press releas, publications and broadcasts which relate to the details of Stephens' private life.

40.    Joe Biden ("Biden"), in his individual and official capacity, is the Vice President of the United States and President of the Senate is located, in his official capacity, at The White House, West Wing, 1600 Pennsylvania Avenue NW, Washington, DC 20500 or the Vice President's Ceremonial Office, Eisenhower Executive Office Building, 639 17th St NW, Washington, DC 20006.  Biden, in his individual and official capacity, resides at United States Naval Observatory, Number One Observatory Circle, Washington, DC.  The United States Postal Service states this address does not exist and no zip code is given (Exhibit 1). Biden was previously Delaware's Senator from 1973 to 2009. Stephens believes Biden facilitates and conspires with other Respondents and responsible for civil rights violations, invasion of privacy, amongst other claims herein, against the citizens of the United States. NSA is aware of and utilizes state-of-the-art technologies and techniques which have the capability to track and surveillance the citizens of the United States and physically harm Stephens.  Stephens evidences NSA's active participation in media-related press releases and publications which relate to the details of Stephens' private life.

41.    Jacob Lew (hereinafter "Lew"), in his individual and official capacity, is the White House Chief of Staff since January 27, 2012, previously the Director of the Office of Management and Budget (OMB) from November 18, 2010 to January 27, 2012 and the Deputy Secretary of State for Management and Resources from January 28, 2009 to November 18, 2010. Lew's employment is located at The White House,

1600 Pennsylvania Avenue NW, Washington, DC 20500.  Stephens is unaware of Lew's, in his individual capacity, home address.

42.   William Daley (hereinafter"Daley"), in His Individual and Official Capacity, was the White House Chief of Staff from January 13, 2011 to January 27, 2012. Stephens is unaware of Daley's home address or place of employment at this time.

43.   Peter Mikami "Pete" Rouse (hereinafter"Rouse"), in his individual and official capacity, was the Acting White House Chief of Staff from October 1, 2010 to January 13, 2011 and a previous Senior Adviser to the President. Rouse, as currently Counselor to the President , is employed at The White House, 1600 Pennsylvania Avenue NW, Washington, DC 20500.

44.   Rahm Emanuel (hereinafter"Emanuel"), in his individual and official capacity, was the White House Chief of Staff from January 20, 2009 to October 1, 2010 and is now the Mayor of Chicago.  Emanuel employment as Mayor of Chicago for service of process is City Hall, 121 N. LaSalle Street, Chicago, Illinois 60602.

45.   Joshua Brewster Bolten (hereinafter"Bolten"), in his individual and official capacity, was the White House Chief of Staff from April 14, 2006 to January 20, 2009. Bolten is currently Managing Director at Rock Creek Global Advisors, LLC located at 1401 I Street, NW, Suite 1120, Washington, DC 20005.

46.   Jay Carney (hereinafter"Carney"), in his individual and official capacity, is the current White House Press Secretary and his employment is located at The White House, 1600 Pennsylvania Avenue NW, Washington, DC 20500.  Stephens is unaware of Carney's home address.

47.   Robert Gibbs (hereinafter "Gibbs"), in his individual and official capacity, was the White House Press Secretary from January 20, 2009 to February 11, 2011  and presently a strategic consultant for the POTUS' re-election campaign.  Stephens is

unaware of any contact information for Gibbs at this time but believes Gibbs resides in Alexandria, Virginia.  Stephens believes Gibbs is employed by Facebook.

48.    Dana Perino (hereinafter "Perino"), in his individual and official capacity, was White House Press Secretary from September 14, 2007 to January 20, 2009.  Perino is currently a political commentator for Fox News and co-host on Fox's talk show "The Five."  Stephens is unaware of any contact information for Perino.

49.    John Brennan ("Brennan"), in his individual and official capacity,  Assistant to the President for Homeland Security and Counterterrorism and his employment is located at The White House, 1600 Pennsylvania Avenue NW, Washington, DC 20500.

50.    Unknown federal officials, employees and representatives of the POTUS, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the POTUS since January 1, 2007.

51.    The United States, as a party, must be served pursuant to FRCP 4(i)(1)(A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought.

52.    FRCP 4(i)(2) To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

53.    FRCP (4)(i)(3) To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g)

54. Stephens sent a Notice to Cease and Desist and Notice to Secure Documents (Exhibit 77), in anticipation of legal action, to the following governmental departments and agencies as the employer of named and unknown federal officers and public employees.

55. Stephens expects the named and unknown federal officials and public employees, acting under color of law, under oath to the people of the United States and/or as Co-Conspirators of other Respondents, of the following agencies to be adverse parties.

56. Stephens expects the agency, as a governmental organization and the employer and of the named and unknown federal officials, to be adverse parties for fraudulent governance and in negligence whereas their employees' performance as perpetrators.

57. National Security Administration (hereinafter "NSA") is located at 9800 Savage Road, Ft. Meade, MD 20755. Stephens believes NSA facilitates and conspires with other Respondents and responsible for civil rights violations, invasion of privacy, amongst other claims herein, against the citizens of the United States. NSA is aware of and utilizes state-of-the-art technologies and techniques which have the capability to track and surveillance the citizens of the United States and physically harm Stephens. Stephens evidences NSA's active participation in media-related press releases and publications which relate to the details of Stephens' private life.

58. Mr. John "Chris" Inglis (hereinafter "Inglis"), in His Individual and Official Capacity, is the Deputy Director and senior civilian leader of the National Security Agency and is employed at 9800 Savage Road, Ft. Meade, MD 20755.

59. Mr. William B. Black, Jr. (hereinafter "Black"), in his individual and official capacity,was the Deputy Director of The National Security Agency beginning in June 2000. Stephens is unaware of employment status although employed at 9800 Savage Road, Ft. Meade, MD 20755.

60.   Central Security Service (hereinafter "CSS") is an agency within the NSA that offers combat support and cryptologic support, knowledge, and assistance to the Department of Defense and located 9800 Savage Road, Ft. Meade, MD 20755.

61.   Keith B. Alexander (hereinafter "Alexander"), in his individual and official capacity, is the General U.S. Army is the Director of National Security Agency & Chief of Central Security Service and is employed at 9800 Savage Road, Ft. Meade, MD 20755.

62.   Maj. Gen. Noel T. (Tom) Jones (hereinafter "Jones"), in his individual and official capacity, is the Deputy Chief of the Central Security Service beginning in July 2008.  Stephens is unsure of current status of employment although there is no data relating to any predecessor for the Deputy Chief of CSS.

63.   Unknown federal officials, employees and representatives of the NSA and CSS, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the NSA and/or CSS since January 1, 2007.

64.   Department of Homeland Security (hereinafter "DHS") whose address is Washington, DC 20538.  Stephens believes this agency has knowledge of the principals and enterprises which control and direct the medias' activities and aware of the technologies used within satellites which have the capability to track and surveillance the citizens of the United States and physically harm Stephens.  Stephens evidences the DHS's active participation in media-related press releases and publications which relate to the details of Stephens' private life.

65.   Janet Napolitan ("Napolitan"), in his individual and official capacity, is the Secretary of DHS, located at Washington, DC 20538.

66.   Unknown federal officials, employees and representatives of the DHS, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the DHS since January 1, 2007.

67.    Office of Director of National Intelligence (hereinafter "DNI") is located at Washington, DC 20511 . The DNI serves as the head of the intelligence Community and principal intelligence advisor to the President, the National Security Council (NSC) and the Homeland Security Council (HSC) and directs the National Intelligence Programme. The Office of the Director of National Intelligence is largely concerned with co-ordinating the intelligence efforts of the sixteen different agencies within the community as well as providing analysis to policy makers on the NSC and HSC. Stephens believes this agency has knowledge of the principals and enterprises which control and direct the medias' activities and aware of the technologies used within satellites which have the capability to surveillance the citizens of the United States in their home and physically harm Stephens.

68.    Lt. General James R. Clapper  (hereinafter "Clapper"), in his individual and official capacity, is the Director of National Intelligence. Washington, DC 20511.

69.    Admiral, Dennis C. Blair, (hereinafter "Blair"), in his individual and official capacity, is former Director of National Intelligence resigned on May 28, 2010.

70.    Melissa Hathaway ("Hathaway"), in her individual and official capacity, top cybersecurity advisor to the DNI and as Obama's cyber czar to review governmental sensitive information and infrastructure is protected of with National Security Council.

71.    Unknown federal officials, employees and representatives of the DNI, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the DNI since January 1, 2007.

72.    Central Intelligence Agency (hereinafter "CIA") is located at Office of Public Affairs, Washington, D.C. 20505.  The Central Intelligence Agency is an independent agency responsible for providing national security intelligence to senior U.S .policymakers. Stephens believes this agency has knowledge of the principals and

enterprises who control and direct the medias' activities and aware of satellite technologies which have the capability to surveillance Stephens in her home and physically harm Stephens.

73.　David H. Petraeus (hereinafter "Petraeus"), in his individual and official capacity, became Director of CIA on September 6, 2011 and employed at Office of Public Affairs, Washington, D.C. 20505.

74.　General Michael Hayden (hereinafter "Hayden"),in His Individual and Official Capacity, of the US Air Force was director of CIA from May 30, 2006 to February 12, 2009.  Stephens is unable to locate home or employment information at this time.

75.　Michael Morell (hereinafter "Morell"), in his individual and official capacity, was the acting Director of the CIA from July 1, 2011 – September 6, 2011.  Stephens is unable to locate home or employment information at this time.

76.　Unknown federal officials, employees and representatives of the CIA, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the CIA since January 1, 2007.

77.　Department of Defense (hereinafter "DOD") 1400 Defense Pentagon Washington, DC 20301. DOD is responsible for military operations, including but not limited to, procurement of goods and services of satellite equipment, state-of-the art electronics, launching satellites, maintaining satellite launching records and tracking of all satellites, including but not limited to aware of satellites' transmissions, in receipt of satellite's transmissions and aware of the technologies used within satellites which have the capability to surveillance citizens of the United States in their home and physically harm Stephens.  Stephens evidences Department of Defense's active participation in media-related press releases and publications which relate to the details of Stephens' private life

78.   Leon E. Panetta (hereinafter "Panetta"), in his individual and official capacity, is the Secretary of Defense whose the principal defense policy adviser to the President and is responsible for the formulation of general defense policy and policy related to all matters of direct concern to the Department of Defense, and for the execution of approved policy. Under the direction of the President, the Secretary exercises authority, direction and control over the Department of Defense. The Secretary of Defense is a member of the President's Cabinet and of the National Security Council. Panetta was also the Director of the CIA from February 13, 2009 to July 1,  2011. Panetta's employment is located at 1400 Defense Pentagon, Washington, DC 20301. Stephens is unable to locate home information at this time.

79.   Robert Gates ("Gates"), in his individual and official capacity, is the Secretary of Defense.

80.   William Sebastian Cohen ("Cohen") was the Secretary of Defense until 2001 but has recently participated in numerous news reports.

81.   Ashton B. Carter ("Carter"), in his individual and official capacity, is the Deputy Secretary of Defense.  Previously, Dr. Carter served as Under Secretary of Defense for Acquisition, Technology and Logistics from April 2009 until October 2011.  As Under Secretary, Dr. Carter led the Department's efforts...and strengthen the nation's defenses against weapons of mass destruction and other emerging threats.  Carter's employment is located at 1400 Defense Pentagon, Washington, DC 20301.  Stephens is unable to locate home information at this time.

82.   General Martin E. Dempsey, in his individual and official capacity, Chairman of Joint Chiefs of Staff, he serves as the principal military adviser to the President, the Secretary of Defense and the National Security Council.  By law, he is the nation's highest-ranking military officer.  Prior to becoming Chairman, the general served as the Army's 37th Chief of Staff.

83.   Mr. Louis E. Caldera, in his individual and official capacity, is currently assistant to the President and director of the White House Military Office and was a Director of A.H. Belo Corporation from 2001 to 2009.

84.   George Little is the Deputy Assistant Secretary of Defense and Pentagon Press Secretary whose chief responsibility is to represent the views of the Secretary and the Department to the press corps.

85.   Douglas B. Wilson, in his individual and official capacity, is Assistant Secretary of Defense for Public Affairs beginning February 11, 2010.  Mr. Wilson serves as the principal staff advisor and assistant to the United States Secretary of Defense and United States Deputy Secretary of Defense.  Stephens later found information relating to Wilson with the title Department of Defense Public Affairs Chief who resigned March 2012.

86.   Geoff Morrell, in his individual and official capacity, was the DOD's Press Secretary until October 2010.

87.   General Michael Moseley, in his individual and official capacity, was the Air Force Chief of Staff until June 5, 2008.

88.   Michael Wynn, in his individual and official capacity, was the Air Force Secretary until June 5, 2008.  The Air Force Secretary is responsible for responsible for the affairs of the Department of the Air Force, including the organizing, training, equipping and providing for the welfare of its nearly 370,000 men and women on active duty, 180,000 members of the Air National Guard and the Air Force Reserve, 160,000 civilians, and their families.  Wynn was a business executive with General Dynamics, Lockheed Martin and IXATA Group, all businesses that produce weapons and contractual with the DOD.

23

89.   Michael B. Donley is the Secretary of the USAF under the Department of Defense since June 9, 2008 and was previously Director of Administration and Management of the DOD.

90.   Unknown federal officials, employees and representatives of the DOD, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the DOD since January 1, 2007.

91.   Department of Justice (hereinafter "DOJ") is the United States federal executive department responsible for the enforcement of the law and administration of justice and is located at DOJ Robert F. Kennedy Department of Justice Building, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001

92.   Eric H. Holder, Jr. ("Holder"), in his individual and official capacity, is the DOJ's current U.S. Attorney General since and employed at Robert F. Kennedy Department of Justice Building, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001.

93.   Michael Mukasey ("Mukasey") in his individual and official capacity, was the U.S. Attorney General of the DOJ from November 9, 2007 to January 20, 2009 and is currently a partner at the international law firm Debevoise & Plimpton's New York office at 919 Third Ave, New York, NY 10022.

94.   Peter Keisler ("Keisler"), in his individual and official capacity, was acting Attorney General effective September 18, 2007 until November 9, 2007. Keisler is a partner at the international law firm of Sidley Austin in Washington, D.C. and on the Executive Committee which exercises general authority over the affairs of the firm whose location is at 1501 K Street, N.W., Washington, D.C. 20005.

95.   Alberto Gonzales ("Gonzales"), in his individual and official capacity, was the U.S. Attorney General of the DOJ from February 3, 2005 to September 17, 2007.

96.     Unknown federal officials, employees and representatives of the DOJ, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the DOJ since January 1, 2007.

97.     Federal Bureau of Investigations (hereinafter "FBI") 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001.

98.     Robert S. Mueller, III ("Mueller"), in his individual and official capacity, is director of the FBI and employed at 935 Pennsylvania Avenue, NW, Washington, D.C. 20535-0001

99.     Robert E. Casey Jr. ("Casey"), in his individual and official capacity, is the Special Agent in Charge of the FBI's Dallas, TX branch located at Texas One Justice Way, Dallas, TX 75220.

100.  Unknown federal officials, employees and representatives of the FBI, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the FBI since January 1, 2007.

101.    National Aeronautics and Space Administration (hereinafter "NASA") is located at Public Communications Office, NASA Headquarters, Suite 5K39, Washington, DC 20546-0001. Stephens believes this organization is responsible for tracking of all satellites, including but not limited to aware of satellites' transmissions, who is in receipt of satellite's transmissions and aware of the technologies used within satellites which have the capability to surveillance Stephens in her home and physically harm Stephens.  Stephens evidences NASA's active participation in media-related press releases and publications which relate to the details of Stephens' private life.

102.    Charles F. Bolden, Jr. ("Bolder"), in his individual and official capacity, is the NASA Administrator beginning July 17, 2009.

103.   Unknown federal officials, employees and representatives of the NASA, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the NASA since January 1, 2007.

104.   Information Security Oversight Office ("ISOO") is responsible to the President for policy and oversight of the government-wide security classification system and the National Industrial Security Program.  ISOO is located at 700 Pennsylvania Avenue NW, Washington, D.C

105.   John Fitgerald ("Fitzgerald") is the director of the ISOO since August 1, 2011. Fitzgerald is responsible for oversight of the national security classification system. Fitzgerald is a former director of the DNI Special Security Center.

106.   Unknown federal officials, employees and representatives of the ISOO, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the ISOO since January 1, 2007.

107.   The United States Congress ("Congress") is the Legislative Branch of the United States government divided into the House of Representatives ("HOR") and the Senate.  The HOR consists of 435 members and 6 non-voting delegates.  The Senate consists of 100 Senators.  Due to the large volume of data to name hundreds of Respondents and for ease of referencing, Stephens has included an exhibit which names each individual member of Congress who currently holds a seat in the 112th Congress (Exhibit 2) and any members of Congress who previously held a seat since January 1, 2007.  Each member of Congress is named in their individual and official capacities, participates in the creation of news reports, negligent in and failure to governance and violations of the Constitution.

108.  Unknown federal officials, employees and representatives of Congress, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of Congress since January 1, 2007.

109.   The following Respondents are governmental agencies whose workforce participates in conspiracy with other Respondents in media created events, fraud, and budget abuse.  Stephens is informed and believes there are counterparts to the publicly named officials who perform the functions of these agencies who are unknown to Stephens at this time.

110.   Department of State ("DOS") is located at 2201 C Street NW, Washington, DC 20520.

111.   Hillary Clinton ("Clinton"), in her individual and official capacity, is the Secretary of State and employment is located at 2201 C Street NW, Washington, DC 20520.

112.   Department of Agriculture is located 1400 Independence Ave., S.W., Washington, DC 20250.

113.   Tom Vilsack ("Vilsack"), in his individual and official capacity, is the Dept. of Agriculture Secretary and employed at 1400 Independence Ave., S.W., Washington, DC 20250.

114.   Department of Commerce ("Commerce") is located at 1401 Constitution Avenue Northwest, Washington, DC 20230.

115.   John Bryson ("Bryson"), in his individual and official capacity, is the Dept. of Commerce Secretary and employed at 1401 Constitution Avenue Northwest, Washington, DC 20230.

116.   Department of Education ("Education") is located at Lyndon Baines Johnson (LBJ) Department of Education Building, 400 Maryland Ave, SW, Washington, DC 20202.

117.   Arne Duncan ("Duncan"), in his individual and official capacity, is the Secretary of Education employed at 400 Maryland Ave, SW, Washington, DC 20202.

118.   Department of Energy ("Energy") is located at 1000 Independence Ave. SW, Washington DC 20585 and whose mission is "...to ensure America's security and prosperity by addressing its energy, environmental and nuclear challenges through transformative science and technology solutions."

119.   Dr. Steven Chu ("Chu"), in his individual and official capacity, is the Secretary of the Department of Energy employed at 1000 Independence Ave. SW, Washington DC 20585.

120.   Department of Health and Human Services (hereinafter "DHHS") located at 200 Independence Avenue, S.W., Washington, D.C. 20201 and its responsibilities include protecting and promoting the health and the civil rights of the citizens of the United States, providing health services and regulation of insurance and FDA.

121.   Kathleen Sebelius ("Sebelius"), in her individual and official capacity, is the Secretary of the DHHS employed at 200 Independence Avenue, S.W., Washington, D.C. 20201.

122.   Department of Interior ("Interior") protects natural resources, maintains cultural and Indian heritages, and supplies the energy for power and is located at 1849 C Street NW, Washington, DC 20240.

123.   Ken Salazar ("Salazar"), in his individual and official capacity, is the Secretary of Interior and employed at located at 1849 C Street NW, Washington, DC 20240.

124.   Department of Housing & Urban Development (hereinafter "HUD") is located at 451 7th Street S.W., Washington, DC 20410.

125.   Shaun Donovan ("Donovan"), in his individual and official capacity, is the Secretary of HUD beginning on January 26, 2009 and employed at 451 7th Street S.W., Washington, DC 20410.

126.   Steve Preston ("Preston"), in his individual and official capacity, was the Secretary of HUD from June 4, 2008 to January 20, 2009.

127.  Department of Labor (hereinafter "Labor") is located at 200 Constitution Ave., NW, Washington, DC 20210 and responsibilities include employment-related functions, disability, retirement, businesses and regulation thereof.

128.  Hilda L. Solis ("Solis"), in her individual and official capacity, is the Secretary of Labor beginning February 24, 2009 and employed a 200 Constitution Ave., NW, Washington, DC 20210.

129.  Elaine L. Chao (hereinafter "Chao"), in her individual and official capacity, was the Secretary of Labor from 2001 to 2009.

130.  Department of Transportation (hereinafter "Transportation") is located at 1200 New Jersey Ave, SE, Washington, DC 20590. Transportation is responsible for vehicular and air travel.

131.  Ray LaHood ("LaHood"), in his individual and official capacity, is the Secretary of Transportation beginning on January 23, 2009 and employment is located at 1200 New Jersey Ave, SE, Washington, DC 20590.

132.  Mary Peters ("Peters"), in her individual and official capacity, was the Secretary of Transportation from October 17, 2006 to January 20, 2009. Stephens is unaware of any contact information at this time.

133.  Department of Veteran Affairs ("VA") 810 Vermont Avenue, NW, Washington, DC 20420.  The Dept. of VA's responsibilities are to assist those who fought in war and their families.

134.  Eric K. Shinseki ("Shinseki"), in his individual and official capacity, Secretary of Veterans Affairs is employed at 810 Vermont Avenue, NW, Washington, DC 20420.

135.  U.S. Department of Treasury (hereinafter "Treasury") is located at 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220.  The Treasury is responsible for maintaining and governance of the United States' economic and financial systems.

136.    Tim Geithner ("Geithner"), in his individual and official capacity, is the Secretary of the Treasury and previously the president of the Federal Reserve Bank of New York from 2003-2009.

137.    Henry Paulson ("Paulson"), in his individual and official capacity, was the Secretary of Treasury from July 10, 2006 to January 20, 2009, manager of the United States Emergency Economic Stabilization fund, former CEO of Goldman Sachs and currently a member of the Federal Reserve's Board of Governors.

138.    Federal Open Market Committee ("FOMC") as a separate legal entity. Monetary policy decisions are largely made FOMC. The FOMC is a separately-recognized legal entity made up of the seven Governors in Washington, D.C., the president of the Federal Reserve Bank of New York, and the presidents of four of the remaining eleven Reserve Banks (chosen on a rotating basis). It typically meets eight times a year. The FOMC dictates the conduct of open market operations, monetary policies, the technical means by which the Federal Reserve System affects short term interest rates. Predicts gas prices. Is required to give reports to Congress bi-annually.

139.    Federal Reserve System has a Board of Governors and is located at Eccles Building, Constitution Avenue, N.W., Washington DC 20001. The members of the Board of Governors, including its chairman and vice-chairman, are chosen by the President and confirmed by the Senate. There are 12 Federal Reserve Banks throughout the United States. The government also exercises some control over the Federal Reserve by appointing and setting the salaries of the system's highest-level employees. The U.S. Government receives all of the system's annual profits, after a statutory dividend of 6% on member banks' capital investment is paid, and an account surplus is maintained.

140.    Ben Bernanke ("Bernanke"), in his individual and official capacity, is the Chairman of the Federal Reserve System's Board of Governors and employment located at Eccles Building, Constitution Avenue, N.W., Washington DC 20001.

141.   Janet L. Yellen ("Yellen"), in his individual and official capacity, is the Vice Chairman of the Federal Reserve System's Board of Governors and employment located at Eccles Building, Constitution Avenue, N.W., Washington DC 20001.

142.   Elizabeth A. Duke ("Duke"), in his individual and official capacity, is a member of the Board of Governors of the Federal Reserve System  and employment located at Eccles Building, Constitution Avenue, N.W., Washington DC 20001.

143.   Daniel K. Tarullo ("Tarullo"), in his individual and official capacity, is a member of the Board of Governors of the Federal Reserve System  and employment located at Eccles Building, Constitution Avenue, N.W., Washington DC 20001.

144.   Sarah Bloom Raskin ("Raskin"), in his individual and official capacity, is a member of the Board of Governors of the Federal Reserve System  and employment located at Eccles Building, Constitution Avenue, N.W., Washington DC 20001.

145.   William C. Dudley ("Dudley"), in his individual and official capacity, is the President of the Federal Reserve Bank of New York, 33 Liberty Street, New York, NY 10045.

146.   Unknown federal officials, employees and representatives of the Board of Governors, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the Board of Governors since January 1, 2007.

147.   The National Reconnaissance Office ("NRO") is a division of the DOD and is overseen by the DOD and CIA to operate spy satellites,  NRO is the U.S. Government agency in charge of designing, building, launching, and maintaining America's intelligence satellites.  A department of the NRO is located at 14675 Lee Road, Chantilly, VA 20151.

148.    Unknown federal officials, employees and representatives of the NRO, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the NRO since January 1, 2007.

149.    National Geospatial-Intelligence Agency ("NGIA") which analyzes imagery from satellites. Office of Corporate Communications, Public Affairs Branch, Ms N73-Occae, 7500 Geoint Drive, Springfield, Virginia 22150.

150.    Unknown federal officials, employees and representatives of the NGIA, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the NGIA since January 1, 2007.

151.    National Security Council ("NSC") is a forum to advise and assist the president on national security and foreign policies made up of senior advisers and cabinet members, coordinating these policies among various government agencies. The U.S. Council has counterparts in the national security councils of many other nations.

152.    Unknown federal officials, employees and representatives of the NSC, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the NSC since January 1, 2007

153.    Supreme Court of the United States ("SCOTUS") located at 1 First Street, NE, Washington, DC 20543.

154.    John G. Roberts, Jr.("Roberts"), in his individual and official capacity, is the Chief Justice of the United States and employment is located at 1 First Street, NE, Washington, DC 20543.

155.    .Antonin Scalia ("Scalia"), in his individual and official capacity, is the Associate Justice of SCOTUS and employment is located at 1 First Street, NE, Washington, DC 20543.

156.   Anthony M. Kennedy ("Kennedy"), in his individual and official capacity, is the Associate Justice of SCOTUS and employment is located at 1 First Street, NE, Washington, DC 20543.

157.   Clarence Thomas ("Thomaas"), in his individual and official capacity, is the Associate Justice of SCOTUS and employment is located at 1 First Street, NE, Washington, DC 20543.

158.   Ruth Bader Ginsburg ("Ginsburg"), in his individual and official capacity, is the Associate Justice of SCOTUS and employment is located at 1 First Street, NE, Washington, DC 20543.

159.   Stephen G. Breyer ("Breyer"), in his individual and official capacity, is the Associate Justice of SCOTUS and employment is located at 1 First Street, NE, Washington, DC 20543.

160.   Samuel Anthony Alito, Jr.("Alito"), in his individual and official capacity, is the Associate Justice of SCOTUS and employment is located at 1 First Street, NE, Washington, DC 20543.

161.   Sonia Sotomayor ("Sotomayor"), in his individual and official capacity, is the Associate Justice of SCOTUS and employment is located at 1 First Street, NE, Washington, DC 20543.

162.   Elena Kagan ("Kagan"), in his individual and official capacity, is the Associate Justice of SCOTUS and employment is located at 1 First Street, NE, Washington, DC 20543.

163.   David H. Souter ('Sputer"), in his individual and official capacity, is the Associate Justice of SCOTUS until June 29, 2009.  Stephens is unaware of any contact information.

164.    John Paul Stevens ('Stevens"), in his individual and official capacity, was an Associate Justice of SCOTUS until June 29, 2010.  Stephens is unaware of any contact information.

165.    Judge Terry Means ("Means"), in his official capacity is a federal judge for the U.S. District Court – North Texas.  Stephens is unaware of contact information for Means.  Means is an officer of the court employed at located at 501 W. 10th Street Room 201, Fort Worth, Texas 76102.  Stephens is unaware of any personal contact information for Means.

166.    Broadcasting Board of Governors  ("BBG")  Responsible for international broadcasting sponsored by the government and funded by the tax dollars of the citizens of the United States through Congressional oversight. The BBG is located at 330 Independence Avenue, SW, Washington, DC 20237, (202) 203-4000;Public Affairs: (202) 203-4400; Fax: (202) 203-4585; E-mail: publicaffairs@bbg.gov; www.bbg.gov .

167.    Unknown officers, employees and representatives of the BBG, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the BBG since January 1, 2007.

168.    Government Accountability Office ("GAO") is the audit, evaluation, and investigative arm of the United States Congress upon enactment of the Budget and Accounting Act of 1921. GAO is located at 441 G Street, NW, Washington, DC 20548.

169.    Unknown federal officials, employees and representatives of the GAO, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the GAO since January 1, 2007.

170.    Office of Management and Budget ("OMB") - OMB's mission is to assist the President in overseeing the preparation of the federal budget and to supervise its

administration in Executive Branch agencies. OMB is located at 725 17th Street, NW, Washington, DC 20503

171.    Unknown federal officials, employees and representatives of the OMB, in his/her individual and official capacities, whether presently or previously employed, contracted and/or an agent of the OMB since January 1, 2007.

172.    The following adverse parties below are media outlets and members of the media who participate in the creation of news related to the detail of Stephens' private life.

173.    The Associated Press (hereinafter "AP") is a news wire service, owned by co-operative with media outlets and newspapers, with over 240 news bureaus around the world, publishes news reports on website www.ap.org and provides news content to media outlets around the world for publication and broadcast and accepts news content from its cooperative members.  Stephens is unsure of all the names of the cooperative members who contribute or receive news content for publication and broadcast.  The AP is located at 450 W. 33rd Street, New York, NY 10001.

174.    Associated Press Television News ("APTV"), Inc. 450 W. 33rd Street, New York, NY 10001 and may be served through CT Corporation, 111 Eighth Avenue, NY, NY 10001.

175.    Tom Curley ("Curley") is the CEO of the AP since 2003.  Curley has announced resignation effective this year.  Curley's emplyment is located at  450 W. 33rd Street, New York, NY 10001.  Stephens is unaware of any personal contact information.

176.    The McClatchy Company (hereinafter "McClatchy") is a newspaper and other media company including the Ft. Worth Star-Telegram, a Dallas-Ft. Worth Metroplex newspaper.  McClatchy owns 30 newspapers in 15 states.

177.    Gary Pruitt ("Pruitt"), in his individual and official capacity, is the Chairman of the Board, President and Chief Executive Officer of McClatchy.

178. Robert J. Weil ("Weil"), in his individual and official capacity, is the Vice President of Operations of the McClatchy.

179. McClatchy Washington Bureau ("McClatchy DC") is located at 700 12th St., NW, Suite 1000, Washington, D.C., 20005.  This bureau is responsible for its foreign correspondents, reporting the federal government's governance of the United States and foreign relations, national and foreign reporting and provide news content nationwide and internationally.

180. Anders Gyllenhaal, in his individual and official capacity, is the McClatchy Vice President, news and Washington editor with an employment email address agyllenhaal@mcclatchy.com and located at 700 12th St., NW, Suite 1000, Washington, D.C., 20005.

181. James Asher, in his individual and official capacity, is the bureau chief of the McClatchy Washington Bureau with an employment email address jasher@mcclatchydc.com and located at 700 12th St., NW, Suite 1000, Washington, D.C., 20005.

182. Topix LLC is a privately held company with investment from Gannett Co., Inc. , The McClatchy Company and Tribune Company.  Topix is based in Palo Alto, Calif., www.topix.com hosts news content and commenting by the public.

183. McClatchy-Tribune Information Services ("MTIS") is a joint venture of McClatchy and The Tribune Company providing custom news content from a combination of news from both companies' newspapers through content-licensing with third parties.

184. Tribune Company (hereinafter "Tribune") is located at 435 North Michigan Avenue, Chicago, IL 60611 and owner of KDAF-TV(CW), a Dallas, Texas television station which broadcasts news throughout the day.  The Tribune maintains one cable company, one radio station, twenty-four local television stations, nine newspapers,

three Spanish newspapers, six advertising companies, one magazine, one entertainment entity and three subsidiaries.

185.   Tribune Interactive is a company created to maintain the Tribune's newspapers' and other media-related websites located at 435 North Michigan Avenue, Chicago, IL 60611.

186.   Tribune Publishing is a group of newspapers owed by the Tribune, including the Los Angeles Times, and located at 435 North Michigan Avenue, Chicago, IL 60611.

187.   KDAF-CW33 is a North Texas television station with the website www.the33tv.com and located at 8001 John W. Carpenter Freeway, Dallas, TX 75247.

188.   KSL-TVis an NBC-affiliated television station located in Salt Lake City Utah, The aforementioned article references KSL-TV as a CNN-affiliate.  Stephens is unaware if both NBC and CNN have a legal and/or business relationship with KSL-TV.

189.   Los Angeles Times, is a daily local newspaper online and print, owned by the Tribune Company and Tribune Publishing and located at 202 West 1st Street, Los Angeles, California, 90012.

190.   Dallas Morning News is a local DFW metro print and online newspaper located at.  Agent of Process of Services is C T Corporation System , 350 N. St. Paul St., Ste. 2900, Dallas, TX 75201

191.   KTLA-TV– A Los Angeles television station and website www.ktla.com which publishes and broadcasts news reports and is located at 5800 Sunset Boulevard Los Angeles, CA 90028.

192.   Samuel Zell ("Zell"), in his individual and official capacity, is the Chairman of the Tribune Company's Board of Directors and employment at 435 North Michigan Avenue, Chicago, IL 60611.

193.   Eddy Hartenstein ("Hartenstein"), in his individual and official capacity, is the President and CEO of the Tribune Company and Publisher and CEO of Los Angeles Times, employment is at 202 West 1st Street, Los Angeles, California, 90012.

194.   Tony Hunter ("Hunter"), in his individual and official capacity, is the CEO of Tribune Publishing and the President, Publisher and CEO of Chicago Tribune, employment is at 435 N. Michigan Ave., Chicago, IL 60611 .

195.   Gannett Company, Inc., ("Gannett") is located at 7950 Jones Branch Drive, McLean, VA 22107-0150 and is the owner of USA Today's newspaper and online website www.usatoday.com.

196.   Gracia C. Martore, ("Martore") in his individual and official capacity, is the President and Chief Executive Officer of Gannett company and employed at  7950 Jones Branch Drive, McLean, VA 22107-0150.

197.   David L. Hunke ("Hunke"), in his individual and official capacity, is the President and Publisher of USA TODAY and employed at 7950 Jones Branch Drive, McLean, VA 22108-0605.

198.   Hearst Corporation ("Hearst") owns fifteen newspapers, twenty magazines, twenty-nine television stations and two radio stations and is located at 300 West 57th Street, New York City, New York 10019.  Hearst owns the Houston Chronicle.

199.   George R. Hearst, Jr. ("Hearst Jr."), in his individual and official capacity, is Chairman of the Board of Hearst Corporation located at 300 West 57th Street, New York City, New York 10019.

200.   Frank A. Bennack, Jr.("Bennack"), in his individual and official capacity, is the CEO of Hearst Corporation located at 300 West 57th Street, New York City, New York 10019.

201.   Mark E. Aldam ("Aldam"), in his individual and official capacity, is the President of Hearst Corporation located at 300 West 57th Street, New York City, New York 10019.

202.   Wenner Media LLC is located at 1290 Ave Of The Americas Ste 2, New York, NY 10104.  Registered Agent is Corporation Service Company, 80 State Street, Albany, New York, 12207.

203.   Wenner Media Productions, LLC is located at 1290 Ave Of The Americas Ste 2, New York, NY 10104.  Registered Agent is Corporation Service Company 80 State Street, Albany, New York, 12207.

204.   Us Magazine, LLC is located at 1290 Ave Of The Americas Ste 2, New York, NY 10104.  Registered Agent is Corporation Service Company, 80 State Street, Albany, New York, 12207.

205.   Jann Wenner ("Wenner"), in his individual and official capacity, is located at 1290 Ave Of The Americas Ste 2, New York, NY 10104. Stephens is unaware of any contact information in individual capacity.  Wenner is the owner of the publications Rolling Stone and Us Magazine, including the websites www.rollingstone.com and www.usmagazine.com.

206.  New York Times Company (hereinafter "NY Times") is located at 620 Eighth Avenue, New York, NY 10018 and publishes the New York Times and International Herald Tribune newspapers, other daily newspapers and more than 50 Web sites, including NYTimes.com, Boston.com and About.com.

207.   Scott Heekin-Canedy ("Canedy"), in his individual and official capacity, President and General Manager of the NY Times.

208.   Arthur O. Sulzberger, Jr. ("Sulzberger"), in his individual and official capacity, Chairman and Chief Executive Officer of NY Times.

209.   Jill Abramson ("Abramson"), in his individual and official capacity, is the Executive Editor of NY Times.

210.   Janet L. Robinson ("Robinson"), in his individual and official capacity, President and CEO of NY Times.

211.   Howell Raines ("Raines"), in his individual and official capacity, is the executive editor of NY Times.

212.   Scott Heekin-Canedy ("Canedy"), in his individual and official capacity, president and general manager of NY Times.

213.   A. H. Belo Corporation (hereinafter "AH Belo") owns Dallas Morning News newspaper published in Dallas, TX and is one of the four newspapers ran by AH Belo and the websites for the newspapers. AH Belo is located at 508 Young Street, Dallas, Texas 75202.

214.   Robert W. Decherd ("Decherd"), in his individual and official capacity, is the Non-Executive Chairman of the Board, President and Chief Executive Officer of AH Belo.

215.   James M. Moroney III ("Moroney"), in his individual and official capacity, is Executive Vice President Publisher, Chief Executive Officer and Director of AH Belo.

216.   A.H. Belo split its newspaper and television ownership giving Belo Corporation the television-related interests in the beginning of 2008 and after Stephens believes the Respondents' activities began.

217.   Belo Corporation (hereinafter "Belo Corp.") owns WFAA, a network-affiliate of ABC, television station which broadcasts in Dallas, Texas and Texas Cable News. Belo Corp has twenty newspapers, two cable news channels and twenty-five associated interactive websites.  Belo Corp is located at 400 South Record Street, Dallas, Texas 75202.

218. Dunia A. Shive ("Shive"), in his individual and official capacity, President and CEO of Belo Corp. since February 2008. Stephens is unaware of the address of Dunia A. Shive.

219. Peter L. Diaz ("Diaz"), in his individual and official capacity is the President of Media Operations of Belo Corp.

220. WFAA, channel 8, is an ABC-affiliated television station serving the Dallas–Fort Worth Metroplex in Texas and owned by Belo Corp. The Texas Secretary of State lists the Agent of Process is Guy H. Kerr, 400 South Record Street, Dallas, TX 75202 USA.

221. Dallas Morning News, is a daily local print and online newspaper servicing the Dallas-Ft. Worth Metroplex ("DFW Metro") and located at 508 Young St., Dallas, TX 75202.

222. Stephens searched multiple websites referencing the individual entities names' of The Walt Disney Company and ABC, Inc. Stephens named the entities responsible for Stephens' claims based on the information provided on the network's own website Stephens was unable to find any service of process information related to the entities that were named on the networks website throughout California, Delaware and New York Secretary of State business databases. Stephens has provided the address of the entity as available. Stephen was unable to find any information relating to the following Walt Disney owned media related entities who are adverse parties, ABC, Inc., American Broadcasting Company, ABC News NOW.

223. The Walt Disney Company owns ABC, Inc. which is the parent company of the American Broadcasting Company. The Walt Disney Company is located at 500 S. Buena Vista St, Burbank, CA 91521 and service of process is Marsha L Reed, 500 S. Buena Vista St., Burbank, FL 91521.

224.  ABC News provides news through television, radio and Internet and is located at 7 West 66th Street, New York, NY 10023.  Delaware SOS lists the agent of process as Corporation Service Company, 2711 Centerville Road Suite 400, Wilmington, DE, 19808.

225.  Walt Disney-ABC Television includes global entertainment and news television properties, television stations group and radio and publishing businesses, including ABC Television Network, ABC Owned Television Stations Group, ABC Studios, Disney Channels Worldwide, ABC Family and SOAPnet, as well as Disney/ABC Domestic Television and Disney Media Distribution. The Radio Disney network, Hyperion publishing, and the Company's equity interest in A&E Television Networks.

226.  Disney Enterprises, Inc. is the registrant of www.go.com a website used to host local television news websites (ie. abclocal.go.com and www.espn.com) and located at 500 S. Buena Vista Street, Burbank, CA 91521.

227.  ABC Television Network is a commercial broadcasting television network which provides programming content through licensing with network-affiliates through ABC News, which is responsible for news programming on television and other digital platforms; ABC Entertainment Group, a partnership between ABC Studios and ABC Entertainment responsible for the network's primetime and late-night entertainment programming.

228.  NewsOne is an affiliate news service providing news content through licensing with over 200 affiliates.

229.  ABC News NOW is a 24-hour news and information network providing content through cable, broadband and mobile platforms.

230.  ABC News Digital Media Group provides news through www.abc.com, www.abcnewsnow.com, ABC News Productions, Inc., ABC News International and

VideoSource which provides a library of historic news events since 1963.

www.abc.com provides 24-hour online news service of ABC News.

231.  ABC News Now is a digital cable news network that offers live and on-demand programming and is available to 38 million subscribers.

232.  ABC News Productions, Inc. is an entity related to producing the news that is published and broadcast through Walt Disney-ABC Television.

233.  ABC News Internet Ventures provides its news throughout the Internet through content-licensing with additional networks such as Yahoo! News on www.yahoo.com.

234.  Disney Media Distribution provides ABC news and additional programming internationally.

235.  National Amusements, Inc. is the parent corporation of CBS Broadcasting and located at 846 University Avenue, Norwood, MA 02062 and the agent of process for service is CT Corporation, 155 Federal Street, Suite 700, Boston, MA 02110.

236.  Sumner Redstone ("Redstone"), in his individual and official capacity, is the Executive Chairman of National Amusements, Inc. and Viacom, Inc. with employment at 846 University Avenue, Norwood, MA 02062.

237.  Viacom, Inc. ("Viacom") operates approximately 170 media networks reaching more than 600 million global subscribers and more than 500 branded digital media properties. Viacom is located at 1515 Broadway, New York, New York 10036.

238.  Philippe P. Dauman ("Dauman") is President & CEO of Viacom and employment located at 1515 Broadway, New York, New York 10036.

239.  Stephens searched multiple websites referencing the individual entities names' of CBS Broadcasting, Inc. Stephens named the entities responsible for Stephens' claims based on the information provided on the CBS's own website. Stephens was unable to find any service of process information related to the entities named on the networks website throughout California, Delaware and New York Secretary of State

43

business databases.  Stephens has provided the address of the entity as available. Stephen was unable to find any information relating to the following CBS Studios Inc.,CBS News, Inc. and CBS Television Distribution or which CBS company owned the website www.cbslocal.com which publishes news reports nationally.

240.  CBS Corporation is a subsidiary of National Amusements, Inc. and involved in commercial broadcasting, publishing, billboards and television production. CBS Corporation is located at CBS Headquarters, 51 W. 52nd Street, New York, NY 10019.

241.  Leslie Moonves, in his individual and official capacity, is the President & CEO of CBS Corporation and employed at 51 W. 52nd Street, New York, NY 10019.

242.  CBS Studios, Inc., is the registrant of the website www.etonline.com and located at 51 W. 52nd Street, New York, NY 10019.

243.  CBS Broadcasting Inc. is a broadcasting television network  51 W. 52nd Street, New York, NY 10019.

244.  CBS Interactive Media Inc., 235 Second Street, San Francisco, CA 94105.

245.  CBS Television Network is located at 2401 Colorado Avenue, Suite 110, Santa Monica, CA 90404 and owns and operated fourteen television stations and almost 200 network-affiliates. CBS Television Network owns the television station KCBS and KTVT which is a Dallas, TX television station.

246.  KCBS address is 6121 W Sunset Blvd, Los Angeles, CA, 90028.

247.  KTVT is a Dallas-Ft. Worth, TX television station owned by CBS Television Network located at 5233 Bridge Street, Ft. Worth, TX 76103 in Tarrant County and can be Served At CT Corporation, 80 State Street, Albany, New York, 12207.

248.  CBS Television Service, Inc. owns and operated fourteen television stations and almost 200 network-affiliates.  CBS Television Services is located at 51 West 52nd